IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH RAY PITTS,
ADC #85938                                                                                          PLAINTIFF

v.                                              5:09cv00350JMM/HLJ

DR. MURRY, et al.                                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

IT IS SO ORDERED this 20th day of November, 2009.

_____
United States District Judge